**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 6, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00081-CV

---

### IN THE INTEREST OF K.A.M.P AND J.C.P, CHILDREN

---

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2015-06374J**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 10, 2018. On February 13, 2018, appellant, A.P., filed a motion to dismiss the appeal because the trial court had granted her motion for new trial. A supplemental clerk's record has been filed reflecting the grant of a new trial.

"Granting a new trial has the legal effect of vacating the original judgment and returning the case to the trial docket as though there had been no previous trial or hearing." *In re E.C.*, 431 S.W.3d 812, 815–16 (Tex. App.—Houston [14th Dist.]

2014, orig. proceeding [mand. denied]). Therefore, there is no appealable judgment and we lack jurisdiction to consider this appeal. *See* Tex. R. App. P. 25.1(b).

The appeal is dismissed for lack of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Jamison